IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NUMBER |
| ALVIN D. LIGHTNER & | ) | 12-11298 |
| VERA M. LIGHTNER, | ) | (CHAPTER 13 CASE) |
| DEBTORS. | ) | |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

## OBJECTION TO CLAIM

COME NOW, the Debtors, ALVIN D. LIGHTNER and VERA M LIGHTNER, by and through their undersigned attorney, pursuant to 11 U.S.C. § 502(b) and Federal Rule of Bankruptcy Procedure 3007, and object to claim number 11 as filed on October 17, 2012, by Capital Recovery Group, LLC (hereinafter, "CRG"), as agent for InSolve Recovery Group, LLC, successor-in-interest to Citifinancial. As grounds therefore, the Debtors state as follows:

1. CRG, on behalf of InSolve Recovery Group, L.L.C., who is the successor-in-interest to Citifinancial, filed proof of its claim on October 17, 2012, in the amount of $5,717.83.

2. The claim alleges a debt owed to Citifinancial by the Debtor, Alvin D. Lightner. There is, however, no documentation attached to support its claim.

3. The Debtor denies owing a debt to Citifiancial and in fact, his credit report indicates that a debt to Citifinancial was paid and the account was closed on or about July 2003. *See attached Exhibit "A".*

4. Based upon the foregoing, the Debtor asserts that CRG's claim should be disallowed in full.

**WHEREFORE**, Debtors pray that this Honorable Court will sustain the Debtors' Objection to Claim, disallow CRG's claim number 11 in full and for all other relief the court deems just.

Respectfully submitted,

ESPY, METCALF & ESPY, P.C.

Page 1 of 2

_____
J. Kaz Espy (ESP006)
Attorney for Debtors
Post Office Drawer 6504
Dothan, Alabama 36302
334-793-6288
334-712-1617 (Facsimile)
Email  lynnia@espymetcalf.com
         kaz@espymetcalf.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing Objection upon the Honorable Curtis C. Reding, Trustee, Post Office Box 173, Montgomery, Alabama 36101 and Nicholas P. Spallas, Agent for Creditor, Capital Recovery Group, LLC, Department 3203, Post Office Box 123203, Dallas, Texas 75312-3203, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed this the 10th day of May 2013.

_____
J. Kaz Espy