# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                     Case No. 12-11298-DHW
                                          Chapter 13
Alvin D. Lightner and
Vera M. Lightner,

    Debtor(s).

## ORDER DISALLOWING CLAIM

The debtor(s) filed an objection to claim #11 of InSolve Recovery, LLC, c/o Capital Recovery Group.

The objection came on for hearing on 07/10/2013. For the reasons stated in open court, it is

ORDERED that the objection is SUSTAINED, and the claim is DISALLOWED.


Dated: 07/11/2013

                                  /s/ Dwight H. Williams, Jr.
                                  Chief United States Bankruptcy Judge


c:    Debtor
      J. Kaz Espy, Attorney for Debtor
      InSolve Recovery, LLC
      Curtis C. Reding, Trustee